1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  LUIS ANTONIO MORALES

7

8
                   IN THE UNITED STATES DISTRICT COURT
9
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,        )   CASE NO. CR. S-03-382 FCD
12                                   )
                      Plaintiff,     )   AMENDED STIPULATION AND ORDER
13                                   )   TO UNSEAL PLEA AGREEMENT AND
   v.                                )   PLEA COLLOQUY FOR LIMITED
14                                   )   PURPOSE
   LUIS ANTONIO MORALES,             )
15                                   )
                                     )
16                    Defendant.     )
   _____
17

18      IT IS HEREBY STIPULATED between the parties, SAMANTHA SPANGLER,

19 Assistant United States Attorney, and DOUGLAS BEEVERS, Assistant Federal

20 Defender, attorney for defendant LUIS ANTONIO MORALES, that the Plea

21 Agreement, and the Plea Colloquy be unsealed for the limited purpose of

22 allowing Attorneys Christopher Haydn-Myer and Gregory Foster, counsel

23 for Dominique Amos and Ronnie Brown, III, respectively, defendants in

24 the case People v. Amos and Brown, Case No. 10F00429, a homicide

25 prosecution currently pending in Sacramento County Superior Court, and

26 Sacramento County Deputy District Attorney Kevin Greene, each to have

27 a copy of the plea agreement, the minutes, and the transcript of the

28 plea colloquy.  Mr. Haydn-Myer, Mr. Foster, and Mr. Greene have agreed

                                    1

1  that they will not share said documents with any other person, including

2  the defendants in that case (Mr. Amos and Mr. Brown).

3      Further, the parties have agreed that the documents can be marked

4  as Exhibits at the jury trial and shown to the jury.  However, the

5  documents will not be entered into evidence, unless the Sacramento

6  County State Court judge and all of the parties agree that the documents

7  will be sealed in the Sacramento County State Court's file.

8      This Court previously sealed the materials.  C.R. 29, 30 and 32.

9  However, based on a recent change in circumstances, the parties have

10 entered into this Stipulation and Proposed Order.

11 Dated: January 28th, 2011

                              Respectfully submitted,

12

                              DANIEL BRODERICK
13                            Federal Defender

14                            /s/ Douglas Beevers

15                            _____
                              DOUGLAS BEEVERS
16                            Assistant Federal Defender
                              Attorney for Defendant
17                            LUIS ANTONIO MORALES

18 DATED: January 28th, 2011

                              BENJAMIN B. WAGNER
19                            United States Attorney

20

                              /s/ Samantha Spangler
21

                              _____
22                            SAMANTHA SPANGLER
                              Assistant U.S. Attorney

23

24

25                            **<u>ORDER</u>**

26      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

27 ordered that the Plea Agreement and the Plea Colloquy, as set forth in

28 the transcript, and the minutes thereof be unsealed, for the <u>limited</u>

2

purpose specified in the motion to unseal, in the case of the *U.S. v. Luis Antonio Morales*, 03-382 FCD

Dated: February 1, 2011

_____

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

3